**697 WILSON vs. CIRCUIT JUDGE (Wayne), No. 15367.**

To vacate a judgment for the value, in a replevin suit appealed from a Justice Court, the plaintiff not appearing when the cause was reached upon call of the docket.

Denied February 19, 1896, with costs.

Relator insisted that the order allowing an appeal was made upon an ex parte application; that the cause was not properly upon the docket for the term, and that the form of the judgment was changed, after the original entry thereof, upon an ex parte application, but these questions were all fully considered upon an application made by relator for a new trial, which was denied.

**698 BRASSEL vs. CIRCUIT JUDGE (Delta), No. 15688½.**

To vacate an order setting aside a verdict for plaintiff and entering a judgment of no cause of action, and to enter a judgment on the verdict.

Order to show cause denied, on the ground that relator's remedy is by appeal. May 5, 1896.